B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |

**Name of Debtor** (if individual, enter Last, First, Middle):
Parliament Partners, Inc.

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):
DBA Parliament House

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**
(if more than one, state all)
59-3586017

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
410 N Orange Blossom Trail
Orlando, FL
ZIP Code: 32805

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Orange

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor** (if different from street address above):
410 N Orange Blossom Trail
Orlando, FL 32805

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Parliament Partners, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

■ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Parliament Partners, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ R Scott Shuker**
Signature of Attorney for Debtor(s)

**R Scott Shuker 984469**
Printed Name of Attorney for Debtor(s)

**Latham, Shuker, Eden & Beaudine, LLP**
Firm Name

**PO Box 3353**
**Orlando, FL 32802-3353**

_____
Address

**(407) 481-5800  Fax: (407) 481-5801**
Telephone Number

**July 25, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donald Granatstein**
Signature of Authorized Individual

**Donald Granatstein**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 25, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### Middle District of Florida

In re  **Parliament Partners, Inc.**  
                                         Debtor(s)

Case No. _____  
Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **N/A**.

2. The following financial data is the latest available information and refers to the debtor's condition on ____.

   a. Total assets                                              $            0.00

   b. Total debts (including debts listed in 2.c., below)       $            0.00

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | | | |
   |---|---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ 0.00 | 0 |

   d. Number of shares of preferred stock                             0         0

   e. Number of shares common stock                                   0         0

   Comments, if any:  
   **Privately-held Florida corporation**

3. Brief description of Debtor's business:  
   **Owner/operator of nightclub, restaurant, hotel**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  
   **Donald Granatstein and Susan Unger (wife) - 70% shareholder**  
   **SII, LLC - 30% shareholder ***

   (*675555 Ontario Ltd disputes that ownership was transferred to SII, LLC)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Parliament Partners, Inc.**, Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donald Granatstein & Susan Unger<br>410 N Orange Blossom Trail<br>Orlando, FL 32805 | Common | 70% | Shareholder |
| SII, LLC *<br>Attn: Derek C Meyers<br>101 S Eola Drive Unit 621<br>Orlando, FL 32801 | Common | 30% | Shareholder (*675555 Ontario Ltd disputes that ownership was transferred to SII, LLC) |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 25, 2014**

Signature **/s/ Donald Granatstein**
**Donald Granatstein**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Parliament Partners, Inc.**                              Case No. _____
                                    Debtor(s)                      Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ASCAP<br>PO Box 331608-7515<br>Nashville, TN 38203 | ASCAP<br>PO Box 331608-7515<br>Nashville, TN 38203 | Trade Debt | | 5,269.00 |
| Associated Transportation<br>800 W Landstreet Rd<br>Orlando, FL 32824 | Associated Transportation<br>800 W Landstreet Rd<br>Orlando, FL 32824 | Trade Debt | | 2,649.50 |
| BMI<br>PO Box 630893<br>Cincinnati, OH 45263 | BMI<br>PO Box 630893<br>Cincinnati, OH 45263 | Trade Debt | | 39,608.96 |
| BrightHouse Networks<br>PO Box 31337<br>Tampa, FL 33631 | BrightHouse Networks<br>PO Box 31337<br>Tampa, FL 33631 | Cable | | 2,391.11 |
| CFM Distributing Co<br>352 Commercial St<br>Casselberry, FL 32707 | CFM Distributing Co<br>352 Commercial St<br>Casselberry, FL 32707 | Trade Debt | | 3,936.52 |
| Cheney Brothers Inc<br>2801 Silver Springs Blvd<br>Ocala, FL 34475 | Cheney Brothers Inc<br>2801 Silver Springs Blvd<br>Ocala, FL 34475 | Trade Debt | | 2,038.02 |
| Elite Air Conditioning<br>PO Box 1558<br>Apopka, FL 32704 | Elite Air Conditioning<br>PO Box 1558<br>Apopka, FL 32704 | Trade Debt | | 4,755.00 |
| Home Depot Credit Svcs<br>PO Box 9121<br>Des Moines, IA 50368 | Home Depot Credit Svcs<br>PO Box 9121<br>Des Moines, IA 50368 | Credit Card | | 6,168.37 |
| Home Depot Supply<br>PO Box 509058<br>San Diego, CA 92150 | Home Depot Supply<br>PO Box 509058<br>San Diego, CA 92150 | Trade Debt | | 5,453.24 |
| HotSpots<br>5090 NE 12th Ave<br>Fort Lauderdale, FL 33334 | HotSpots<br>5090 NE 12th Ave<br>Fort Lauderdale, FL 33334 | Trade Debt | | 3,582.37 |
| Janice Merrill,<br>Trust Account of<br>PO Box 14<br>Geneva, FL 32732 | Janice Merrill,<br>Trust Account of<br>PO Box 14<br>Geneva, FL 32732 | Lawsuit Settlement | | 74,875.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Parliament Partners, Inc.**                                      Case No. _____
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Morgan & Morgan PA Trust Account Attn: Ryan Hayes 20 N Orange Ave, 4th Fl Orlando, FL 32801 | Morgan & Morgan PA Trust Account Attn: Ryan Hayes Orlando, FL 32801 | Lawsuit Settlement | | 57,000.00 |
| New Equipment Leasing PO Box 97 Ada, MI 49301 | New Equipment Leasing PO Box 97 Ada, MI 49301 | Equipment Lease | | 12,220.52 |
| Onity Lockbox 223067 500 Ross Street Rm 154-0455 Pittsburgh, PA 15251 | Onity Lockbox 223067 500 Ross Street Rm 154-0455 Pittsburgh, PA 15251 | Trade Debt | | 2,053.00 |
| Orlando Weekly 1505 E Colonial Dr #200 Orlando, FL 32803 | Orlando Weekly 1505 E Colonial Dr #200 Orlando, FL 32803 | Trade Debt | | 5,500.00 |
| RW Phipps 209 E Marks St Orlando, FL 32803 | RW Phipps 209 E Marks St Orlando, FL 32803 | Trade Debt | | 14,405.00 |
| Tabletop Linen Rentals 898 Bellevue Ave Daytona Beach, FL 32114 | Tabletop Linen Rentals 898 Bellevue Ave Daytona Beach, FL 32114 | Trade Debt | | 15,544.51 |
| Todd M Hoepker, PA 55 E Pine Street Orlando, FL 32801 | Todd M Hoepker, PA 55 E Pine Street Orlando, FL 32801 | Legal Services | | 2,200.00 |
| US Foodservice PO Box 198421 Atlanta, GA 30384 | US Foodservice PO Box 198421 Atlanta, GA 30384 | Trade Debt | | 2,860.29 |
| Waste Services of Florida 1099 Miller Drive Altamonte Springs, FL 32701 | Waste Services of Florida 1099 Miller Drive Altamonte Springs, FL 32701 | Trade Debt | | 3,181.86 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 25, 2014**                  Signature  **/s/ Donald Granatstein**
                                                    **Donald Granatstein**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **Parliament Partners, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 25, 2014**

**/s/ Donald Granatstein**  
**Donald Granatstein/President**  
Signer/Title

Parliament Partners, Inc
410 N Orange Blossom Trail
Orlando, FL 32805

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

675555 Ontario Ltd
Attn: Gerald Cadesky
#711 7905 Bayview Ave
Thornhill Ontario
LT37N3 CANADA

All States Lighting
3780 Silver Star Rd
Orlando, FL 32808

ASCAP
PO Box 331608-7515
Nashville, TN 38203

Asset Resolution LLC
William A Leonard, Trustee
c/o Jonathan S Dabbieri, Esq
550 W C Street, Ste 1500
San Diego, CA 92101

Associated Transportation
800 W Landstreet Rd
Orlando, FL 32824

AT&T
PO Box 6463
Carol Stream, IL 60197

BM0 Harris Bank, NA
Attn: President
111 W Monroe Street
Chicago, IL 60603

BMI
PO Box 630893
Cincinnati, OH 45263

Brighthouse Networks
PO Box 31337
Tampa, FL 33631

Brownie's Water Solutions
11372 United Way
Orlando, FL 32824

Bryan Granatstein
410 N Orange Blossom Trail
Orlando, FL 32805

CFM Distributing Co
352 Commercial St
Casselberry, FL 32707

Cheney Brothers Inc
2801 Silver Springs Blvd
Ocala, FL 34475

Comfort House
2450 Titan Row
Orlando, FL 32809

Commercial Laundry Equipment
2054 Spring Blvd
Apopka, FL 32703

Commercial Mtg Servicers
c/o Robert Higgins, Esq
Lowndes, Drosdick Doster
PO Box 2809
Orlando, FL 32802-2809

Commercial Systems Group
151 Semoran Commerce Pl #C
Apopka, FL 32703

Computer Assistance Co
2350 Westminister Terr
Oviedo, FL 32765

Critter Control
2538 Silver Star Rd
Orlando, FL 32804

Custom Cleaning
Attn: Alan Iskanyn
100 Tarpon Circle
Winter Springs, FL 32708

Discover Card
PO Box 71084
Charlotte, NC 28272

Donald Granatstein
410 N Orange Blossom Trail
Orlando, FL 32805

Donald Granatstein &
Susan Unger
410 N Orange Blossom Trail
Orlando, FL 32805

Drivers License Guide Co
1492 Oddstad Dr
Redwood City, CA 94063

Ecolab
PO Box 905327
Charlotte, NC 28290

Ecolab Pest Elimination Div
26252 Network Place
Chicago, IL 60673

Elite Air Conditioning
PO Box 1558
Apopka, FL 32704

Entral Hospitality Supply
780 S VanBuren Bldg F
Placentia, CA 92870

Envirostat
PO Box 592575
Orlando, FL 32859

Federal Express
PO Box 660481
Dallas, TX 75266

Fire Tech
10627 - 5th Avenue
Ocoee, FL 34761

First Specialty Insurance
Deductible Recovery
PO Box 6068-03
Hermitage, PA 16148

Florida Dept of Revenue
Attn: Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

Harvey Baker Plumbing Inc
3700 Oakview Dr
Orlando, FL 32812

Helget Gas Products
PO Box 24246
Omaha, NE 68124

Home Depot Credit Svcs
PO Box 9121
Des Moines, IA 50368

Home Depot Supply
PO Box 509058
San Diego, CA 92150

HotSpots
5090 NE 12th Ave
Fort Lauderdale, FL 33334

IRS Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Janice Merrill,
Trust Account of
PO Box 14
Geneva, FL 32732

Kirby Tent Rental
411 Hames Ave
Orlando, FL 32805

Liberty Locksmith
PO Box 607580
Orlando, FL 32860

Marla Harris
410 N Orange Blossom Trail
Orlando, FL 32805

Morgan & Morgan PA
Trust Account
Attn: Ryan Hayes
20 N Orange Ave, 4th Fl
Orlando, FL 32801

Mr. Greenjean's Produce Inc
PO Box 592837
Orlando, FL 32859

National Construction Rental
6356 Narcoossee Rd
Orlando, FL 32822

New Equipment Leasing
PO Box 97
Ada, MI 49301

Onity
Lockbox 223067
500 Ross Street Rm 154-0455
Pittsburgh, PA 15251

Orange County Tax Collector
Attn: Scott Randolph
PO Box 545100
Orlando, FL 32802-2551

Orlando Business Systems
5345 LB McLeod Rd
Orlando, FL 32811

Orlando Weekly
1505 E Colonial Dr #200
Orlando, FL 32803

Parliament Investors, Inc.
c/o Alan Weiss, Esq
Holland & Knight
PO Box 52687
Jacksonville, FL 32201

Pitney Bowes
Purchase Power
PO Box 371874
Pittsburgh, PA 15250

Poolworks
700 Wilma Street
Longwood, FL 32750

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374

Regulatory Compliance Svcs
230 S Adams Street
Tallahassee, FL 32301

RW Phipps
209 E Marks St
Orlando, FL 32803

Safeguard
PO Box 88043
Chicago, IL 60680

Shred-It
3800 Enterprise #1190
Sanford, FL 32771

US Foodservice
PO Box 198421
Atlanta, GA 30384

SII, LLC *
Attn: Derek C Meyers
101 S Eola Drive Unit 621
Orlando, FL 32801

Waste Services of Florida
1099 Miller Drive
Altamonte Springs, FL 32701

Southern Aquatic Mgmt Inc
PO Box 1633
Sanford, FL 32772

Watermark
PO Box 533655
Orlando, FL 32853

Stage Equipment & Lighting
4600 SW 36th Street
Orlando, FL 32811

Zebra Air Systems
529 Dustin Terrace
Deltona, FL 32725

Standard Coffee
6750 Discovery Blvd
Mableton, GA 30126

Susan Unger
410 N Orange Blossom Trail
Orlando, FL 32805

Tabletop Linen Rentals
898 Bellevue Ave
Daytona Beach, FL 32114

Todd M Hoepker, PA
55 E Pine Street
Orlando, FL 32801

Toshiba Financial Services
PO Box 740441
Atlanta, GA 30374

TriTech Air Conditioning
1041 Seminola Blvd
Casselberry, FL 32707