UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO. 6:14-bk-08503-CCJ

PARLIAMENT PARTNERS, INC.,  CHAPTER 11

Debtor.  EMERGENCY RELIEF REQUESTED
Hearing on or before Wednesday, July 30, 2014

_____/

EMERGENCY MOTION OF THE DEBTOR-IN-POSSESSION
FOR AUTHORITY TO USE CASH COLLATERAL AND
REQUEST FOR EMERGENCY PRELIMINARY HEARING

PARLIAMENT PARTNERS, INC. ("Debtor"), by and through its undersigned counsel, and pursuant to 11 U.S.C. §§ 363(c)(2) and 363(e), and Federal Rules of Bankruptcy Procedure 4001(b)(2) and 4001(c), hereby moves for authority to use cash collateral and to provide adequate protection to Parliament Investors, LLC ("Investors"), BMO Harris Bank ("BMO Harris"), and, to the extent necessary, the holders of inferior position security interests in the Debtor's rents represented by William Leonard, as Chapter 7 Trustee for Asset Resolution, LLC, and Commercial Mortgage Managers, as servicer for the loans secured by the inferior security interests (the "Inferior Interests"; and collectively with Investors and BMO Harris, the "Secured Creditors"), and requests an emergency preliminary hearing on the relief sought. In support of this motion the Debtor states as follows:

I.  **Background**

1.  On July 25, 2014 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code ("Code").

2.  This Court has jurisdiction under 28 U.S.C. § 1334 and 11 U.S.C. § 363.

3.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(M).

4.      The Debtor is a Florida corporation that owns and operates a hotel, a nightclub with seven unique bars, and entertainment center located at 410 N. Orange Blossom Trail in Orlando, Florida, and doing business as the Parliament House Resort (the "Resort").

5.      Investors may assert a first priority security interest in rents generated by the hotel portion of the Resort by virtue of a recorded assignment of rents. As of the Petition Date the Debtor owed Investors approximately $7 million in principal secured by a mortgage and assignment of rents.

6.      BMO Harris may assert a first priority security interest in the Debtor's personal property, including cash generated by the hotel, bar, and entertainment center portions of the Resort, by virtue of a blanket lien on the Debtor's personal property. As of the Petition Date, the Debtor owed BMO Harris approximately $225,000 for a term loan secured by the lien on the Debtor's personal property. BMO Harris has recorded a UCC-1 financing statement to perfect its security interest.[1]

7.      The Inferior Interests may claim an inferior interest in the Debtor's hotel revenue by virtue of certain mortgages and assignments of rents. As of the Petition Date, the Debtor owed the Inferior Interests approximately $8.5 million secured by such agreements. The Debtor believes the Inferior Interests are wholly unsecured due to the outstanding amounts owed to creditors with superior security interests in the Debtor's property.

8.      The cash collateral the Debtor seeks to use is comprised of cash on hand and funds to be received from Resort guests during normal operations that are encumbered by the various liens of the Secured Creditors (the "Cash Collateral"). The Secured Creditors may assert an interest in the Cash Collateral by virtue of their respective security interests.

---

[1] Nothing herein may be construed as an admission of the Debtor as to the validity or priority of the security interests asserted by Investors, BMO Harris, or the Inferior Interests. The Debtor expressly reserves its right to challenge the validity and priority of such interests to the fullest extent allowed under the Bankruptcy Code.

9. As of the Petition Date, the Debtor estimates the value of its Cash Collateral, consisting of cash on hand, is approximately $7,000.00.

## II. Relief Requested

10. The Debtor will require the use of approximately $433,664 of Cash Collateral to continue to operate its business for the next four weeks, and, depending on the month, a greater or lesser amount will be required each comparable period thereafter. The Debtor will use the Cash Collateral to make payroll, pay utilities, pay suppliers and vendors, and pay other ordinary course expenses to maintain the Resort.

11. A budget showing estimated income and expenses for the Debtor's business over the next four weeks is attached hereto as **Exhibit "A"** and is incorporated herein by reference.

12. As adequate protection for the use of Cash Collateral, the Debtor proposes to grant the Secured Creditors replacement liens to the extent of any diminution in value, with such liens to have the same validity, extent, and priority as their respective pre-petition liens. The Debtor will operate on a positive cash flow basis during the interim four-week period and asserts all interests on Cash Collateral are adequately protected by replacement liens.

13. If the Debtor is not permitted to use Cash Collateral, it may be forced to halt operations, which will result in loss of the going concern value of the business, and a reduction in the value of the estate's assets will result in an adverse effect on creditors and reduce the possibility of an effective reorganization in this case.

14. A copy of the proposed order authorizing use of Cash Collateral on an interim basis is attached hereto as **Exhibit "B."**

**WHEREFORE**, the Debtor respectfully requests this Court: (i) set a preliminary hearing to consider this Motion, (ii) grant the Debtor permission to use Cash Collateral on an initial four-

week basis on the terms set forth herein, and (iii) grant such other and further relief as is just and proper.

    **RESPECTFULLY SUBMITTED** this 28th day of July, 2014.

                                      /s/ Christopher R. Thompson
                                      R. Scott Shuker, Esq.
                                      Florida Bar No. 0984469
                                      rshuker@lseblaw.com
                                      Christopher R. Thompson, Esq.
                                      Florida Bar No. 0093102
                                      cthompson@lseblaw.com
                                      **Latham, Shuker, Eden & Beaudine, LLP**
                                      111 N. Magnolia Avenue, Suite 1400
                                      Orlando, Florida 32801
                                      Tel:    407-481-5800
                                      Fax:   407-481-5801
                                      *Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                    CASE NO. 6:14-bk-08503-CCJ

PARLIAMENT PARTNERS, INC.,                                CHAPTER 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the Debtor's **EMERGENCY MOTION OF THE DEBTOR-IN-POSSESSION FOR AUTHORITY TO USE CASH COLLATERAL AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**, together with all exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Donald Granatstein, President, **Parliament Partners, Inc.**, 410 N Orange Blossom Trail, Orlando, FL 32805**Parliament Investors, LLC,** c/o Alan Weiss, Esq., and Peter Hargitai, Esq., Holland & Knight LLP, 50 North Laura St., Suite 3900, Jacksonville, FL 32202; Robert F. Higgins a/f **Commercial Mortgage Managers**, Lowndes, Drosdick, Doster, Kantor & Reed, P.A., 215 North Eola Drive, Orlando, FL 32801; Jonathan Dabbieri, Esq., a/f **William Leonard, as Chapter 7 Trustee for Asset Resolution, LLC**, Sullivan Hill, 550 West C. Street, 15th Floor, San Diego, CA 92101; **BMO Harris Bank, N.A.**, Attn: President, 111 W Monroe Street, Chicago, IL 60603; the 1007-2 Parties-in-Interest list, as shown on the matrix attached to the original of this summary filed with the Court; and the U.S. Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, this 28th day of July 2014.

                                            /s/ Christopher R. Thompson
                                            Christopher R. Thompson, Esq.

Parliament Investors, LLC
c/o Alan Weiss, Esq., Peter Hargitai, Esq.
Holland & Knight LLP
PO Box 52687
Jacksonville, FL 32201

Robert F. Higgins, Esq.
a/f Commercial Mtg Servicers
Lowndes, Drosdick, Doster
PO Box 2809
Orlando, FL 32802-2809

Jonathan Dabbieri, Esq.
a/f William Leonard, Trustee (Asset Resol)
Sullivan Hill
550 West C. Street, 15th Floor
San Diego, CA 92101

BMO Harris Bank, NA
Attn: President
111 W Monroe Street
Chicago, IL 60603

ASCAP
PO Box 331608-7515
Nashville, TN 38203

Associated Transportation
800 W Landstreet Rd
Orlando, FL 32824

BMI
PO Box 630893
Cincinnati, OH 45263

BrightHouse Networks
PO Box 31337
Tampa, FL 33631

CFM Distributing Co
352 Commercial St
Casselberry, FL 32707

Cheney Brothers Inc
2801 Silver Springs Blvd
Ocala, FL 34475

Elite Air Conditioning
PO Box 1558
Apopka, FL 32704

Home Depot Credit Svcs
PO Box 9121
Des Moines, IA 50368

Home Depot Supply
PO Box 509058
San Diego, CA 92150

HotSpots
5090 NE 12th Ave
Fort Lauderdale, FL 33334

Janice Merrill,
Trust Account of
PO Box 14
Geneva, FL 32732

Morgan & Morgan PA
Trust Account
Attn: Ryan Hayes
20 N Orange Ave, 4th Fl
Orlando, FL 32801

New Equipment Leasing
PO Box 97
Ada, MI 49301

Onity
Lockbox 223067
500 Ross Street Rm 154-0455
Pittsburgh, PA 15251

Orlando Weekly
1505 E Colonial Dr #200
Orlando, FL 32803

RW Phipps
209 E Marks St
Orlando, FL 32803

Tabletop Linen Rentals
898 Bellevue Ave
Daytona Beach, FL 32114

Todd M Hoepker, PA
55 E Pine Street
Orlando, FL 32801

US Foodservice
PO Box 198421
Atlanta, GA 30384

Waste Services of Florida
1099 Miller Drive
Altamonte Springs, FL 32701

**Parliament Partners, Inc.**
**FMG Prepared – Daily/Weekly Cash Flow Forecast**
**For Week Ending**

| | Status | $ Amt | Day 1 Wednesday 07/23/14 Forecast | Day 2 Thursday 07/24/14 Forecast | Day 3 Friday 07/25/14 Forecast | Day 4 Saturday 07/26/14 Forecast | Day 5 Sunday 07/27/14 Forecast | Week 0 Subtotal WE 07/27/14 Forecast | Day 6 Monday 07/28/14 Forecast | Day 7 Tuesday 07/29/14 Forecast | Day 8 Wednesday 07/30/14 Forecast | Day 9 Thursday 07/31/14 Forecast | Day 10 Friday 08/01/14 Forecast | Day 11 Saturday 08/02/14 Forecast | Day 12 Sunday 08/03/14 Forecast | Week 1 Days 6-12 Subtotal WE 08/03/14 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | | $43,726 | $41,234 | $24,714 | $16,102 | $32,379 | $43,726 | $70,379 | $68,046 | $71,131 | $80,103 | $54,833 | $38,746 | $62,713 | $70,379 |
| **Cash Inflows/Receipts:** | | | | | | | | | | | | | | | | |
| Cash Receipts from prior day Hotel | Estimated Daily Cash Receipts | | 2,479 | 2,478 | 2,800 | 2,200 | 2,800 | 12,758 | 6,000 | 4,400 | 1,975 | 2,000 | 2,656 | 2,100 | 2,400 | 21,431 |
| Cash Receipts from prior day Bar | Estimated Daily Cash Receipts | | 4,900 | 3,090 | 9,400 | 13,000 | 33,800 | 63,890 | 18,000 | 2,945 | 11,000 | 3,090 | 9,000 | 13,000 | 28,000 | 85,035 |
| Cash Receipts from prior day Restaurant | Estimated Daily Cash Receipts | | 450 | 489 | 489 | 1,076 | 1,700 | 4,204 | 1,487 | 540 | 400 | 500 | 500 | 864 | 1,600 | 5,871 |
| Other Receipts | Misc Unknown | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Inflows/Receipts | | | 7,829 | 6,057 | 12,689 | 16,276 | 38,000 | 80,852 | 25,487 | 7,885 | 13,375 | 5,590 | 12,158 | 15,964 | 32,000 | 112,337 |
| Total Cash Available | | | 51,255 | 47,291 | 37,402 | 32,378 | 70,379 | 124,278 | 95,846 | 75,931 | 84,606 | 85,693 | 66,849 | 52,713 | 94,713 | 182,716 |
| **Cash Outflows/Disbursements:** | | | | | | | | | | | | | | | | |
| **Direct Disbursements for Operations – Current** | | | | | | | | | | | | | | | | |
| Net Payroll (Weekly) | Current - Before Cuts | 20,500 | - | - | - | - | - | - | 20,500 | - | - | - | - | - | - | 20,500 |
| Net 1099 Labor (Weekly) | Current - Before Cuts | 15,000 | - | - | 17,500 | - | - | 17,500 | - | - | - | - | 15,000 | - | - | 15,000 |
| PR Taxes & Withholding (Weekly) | Current - Before Cuts | 8,000 | 8,221 | - | - | - | - | 8,221 | - | - | 8,000 | - | - | - | - | 8,000 |
| Liquor/Beverages (Weekly/Daily) | Current - COD | 15,000 | - | 1,500 | 750 | - | - | 2,250 | 10,000 | 2,000 | - | 1,000 | 650 | - | - | 13,650 |
| Food (Weekly/Daily) | Current - COD | 4,000 | - | 3,000 | 650 | - | - | 3,650 | - | - | - | 3,000 | 650 | - | - | 3,650 |
| Linen (Weekly) | Current - COD | 3,000 | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 |
| Utilities - Electric (Monthly Avg - Last Wednesday Mth) | Current | 15,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities - Gas (Monthly - 15th) | Current | 1,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance (Monthly Premium Financing - Current) | Current | 13,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance (Workers Comp-FL Retail Fed) (Monthly) | Current | 8,200 | - | - | - | - | - | - | - | - | - | 8,200 | - | - | - | 8,200 |
| Waste/Trash (Monthly - End of Month) | Current | 4,000 | - | - | - | - | - | - | - | - | - | 4,000 | - | - | - | 4,000 |
| Sales Taxes - Current (20th of month) | Current | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| International Resort Mgmt and JAB Management | Current | 3,700 | - | - | - | - | - | - | 3,700 | - | - | - | - | - | - | 3,700 |
| Advertising/Marketing (Monthly) | Current | 10,000 | - | - | 600 | - | - | 600 | 2,000 | - | - | - | - | - | - | 2,000 |
| Employee Benefits (Aetna Health Ins) (Monthly) | Current | 12,000 | - | - | - | - | - | - | - | - | - | 12,000 | - | - | - | 12,000 |
| Leases/Equip Rental (Toshiba, New Equipment Leasing, Toyo) | Current | 3,150 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone/Internet/Computer/Cable | Current | 4,000 | - | 1,275 | - | - | - | 1,275 | 1,800 | - | - | - | - | - | - | 1,800 |
| Repairs, Maint., Services, Supplies, Misc. (Weekly) | Current - After Cuts | 9,000 | 1,800 | 1,800 | 1,800 | - | - | 5,400 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | - | - | 9,000 |
| Register Change | Weekend Change | | - | 12,000 | - | - | - | 12,000 | (12,000) | - | - | - | 12,000 | - | - | - |
| Credit Card Processing Fees (Monthly) | Current / Monthly | 7,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Entertainment travel, sound & lighting, etc | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Direct Disbursements for Operations – Current** | | | 10,021 | 22,575 | 21,300 | - | - | 53,896 | 27,800 | 3,800 | 9,800 | 31,000 | 30,100 | - | - | 102,500 |
| **Direct Disbursements for Operations – Past Due** | | | | | | | | | | | | | | | | |
| Sales Taxes - Settlement (Weekly) | Past Due (paying $1K per week) | 39,000 | - | - | - | - | - | - | 1,000 | - | - | - | - | - | - | 1,000 |
| **Direct Disbursements for Operations – Past Due** | | | - | - | - | - | - | - | 1,000 | - | - | - | - | - | - | 1,000 |

Preliminary Draft
For Discussion Purposes Only
Subject To Change
UNAUDITED

Parliament Partners, Inc.
122 Day Cash Flow Forecast
Prepared by FMG

EXHIBIT "A"

7/25/2014 11:34 AM

**Parliament Partners, Inc.**
**FMG Prepared - Daily/Weekly Cash Flow Forecast**
For Week Ending

| | Status | $ Amt | Day 13 Monday 08/04/14 Forecast | Day 14 Tuesday 08/05/14 Forecast | Day 15 Wednesday 08/06/14 Forecast | Day 16 Thursday 08/07/14 Forecast | Day 17 Friday 08/08/14 Forecast | Day 18 Saturday 08/09/14 Forecast | Day 19 Sunday 08/10/14 Forecast | Week 2 Days 13-19 Subtotal WE 8/10/11 Forecast | Day 20 Monday 08/11/14 Forecast | Day 21 Tuesday 08/12/14 Forecast | Day 22 Wednesday 08/13/14 Forecast | Day 23 Thursday 08/14/14 Forecast | Day 24 Friday 08/15/14 Forecast | Day 25 Saturday 08/16/14 Forecast | Day 26 Sunday 08/17/14 Forecast | Week 3 Days 20-26 Subtotal WE 08/17/14 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | | | $84,713 | $39,823 | $46,323 | $46,323 | $48,121 | $26,964 | $42,664 | $84,713 | $78,839 | $61,548 | $63,535 | $63,088 | $59,373 | $37,389 | $53,433 | $78,839 |
| **Cash Inflows/Receipts:** | | | | | | | | | | | | | | | | | | |
| Cash Receipts from prior day Hotel | Estimated Daily Cash Receipts | | 4,800 | 3,700 | 1,800 | 1,400 | 1,865 | 2,200 | 4,400 | 20,165 | 3,800 | 2,890 | 1,850 | 1,510 | 1,850 | 2,200 | 4,400 | 18,450 |
| Cash Receipts from prior day Bar | Estimated Daily Cash Receipts | | 16,000 | 5,000 | 11,000 | 3,200 | 9,000 | 12,500 | 28,000 | 84,700 | 16,800 | 3,000 | 7,000 | 3,000 | 9,000 | 13,000 | 29,000 | 80,500 |
| Cash Receipts from prior day Restaurant | Estimated Daily Cash Receipts | | 939 | 1,000 | 1,000 | 500 | 428 | 1,200 | 1,575 | 6,642 | 939 | 500 | 500 | 500 | 800 | 664 | 1,200 | 5,103 |
| Other Receipts | Misc Unknown | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cash Inflows/Receipts** | | | 21,739 | 9,700 | 13,800 | 5,100 | 11,293 | 15,900 | 33,975 | 111,507 | 21,539 | 6,390 | 9,350 | 5,010 | 11,450 | 15,864 | 34,600 | 104,354 |
| **Total Cash Available** | | | 106,452 | 49,523 | 59,123 | 54,423 | 59,414 | 42,864 | 76,839 | 196,220 | 93,378 | 67,938 | 72,535 | 68,098 | 70,823 | 53,433 | 89,033 | 181,202 |
| **Cash Outflows/Disbursements:** | | | | | | | | | | | | | | | | | | |
| *Direct Disbursements for Operations - Current* | | | | | | | | | | | | | | | | | | |
| Net Payroll (Weekly) | Current - Before Cuts | 20,500 | 20,500 | - | - | - | - | - | - | 20,500 | 20,500 | - | - | - | - | - | - | 20,500 |
| Net 1099 Labor (Weekly) | Current - Before Cuts | 15,000 | - | - | - | - | 15,000 | - | - | 15,000 | - | - | - | - | 17,500 | - | - | 17,500 |
| PR Taxes & Withholding (Weekly) | Current - Before Cuts | 6,000 | - | - | 6,000 | - | - | - | - | 6,000 | - | - | - | 6,000 | - | - | - | 6,000 |
| Liquor/Beverages (Weekly/Daily) | Current - COD | 15,000 | 10,000 | 1,500 | - | 1,000 | 650 | - | - | 13,150 | 10,000 | 1,563 | - | 1,000 | 654 | - | - | 13,217 |
| Food (Weekly/Daily) | Current - COD | 4,000 | - | - | - | 3,505 | - | - | - | 3,505 | - | - | - | 2,922 | - | - | - | 2,922 |
| Linen (Weekly) | Current - COD | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 |
| Utilities - Electric (Monthly Avg - Last Wednesday Mth) | Current | 15,000 | 15,000 | - | - | - | - | - | - | 15,000 | - | - | - | - | - | - | - | - |
| Utilities - Gas (Monthly - 15th) | Current | 1,500 | - | - | - | - | - | - | - | - | - | - | - | - | 1,500 | - | - | 1,500 |
| Insurance (Monthly Premium Financing - Current) | Current | 13,500 | 13,500 | - | - | - | - | - | - | 13,500 | - | - | - | - | - | - | - | - |
| Insurance (Workers Comp-FL Retail Fed) (Monthly) | Current | 6,200 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Waste/Trash (Monthly - End of Month) | Current | 4,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales Taxes - Current (20th of month) | Current | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| International Resort Mgmt and JAS Management | Current | 3,700 | 3,700 | - | - | - | - | - | - | 3,700 | 3,700 | - | - | - | - | - | - | 3,700 |
| Advertising/Marketing (Monthly) | Current | 10,000 | 2,000 | - | - | - | - | - | - | 2,000 | 2,000 | - | - | - | - | - | - | 2,000 |
| Employee Benefits (Aetna Health Ins) (Monthly) | Current | 12,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leases/Equip Rental (Toshiba, New Equipment Leasing, Toy) | Current | 3,160 | 1,632 | - | - | - | - | - | - | 1,632 | 830 | - | - | - | - | - | - | 830 |
| Telephone/Internet/Computer/Cable | Current | 4,000 | 3,197 | - | - | - | - | - | - | 3,197 | - | - | - | - | - | - | - | - |
| Repairs, Maint., Services, Supplies, Misc. (Weekly) | Current - After Cuts | 9,000 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | - | - | 9,000 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | - | - | 9,000 |
| Register Change | Weekend Change | | | | | | | | | - | | | | | | | | - |
| Credit Card Processing Fees (Monthly) | Current / Monthly | 7,000 | 7,000 | - | - | - | - | - | - | 7,000 | - | - | - | - | - | - | - | - |
| Entertainment travel, sound & lighting, etc | | | - | - | - | - | - | - | - | - | 10,000 | - | - | - | - | - | - | 10,000 |
| **Direct Disbursements for Operations - Current** | | | 68,529 | 3,300 | 9,800 | 9,305 | 29,450 | - | - | 119,362 | 38,830 | 3,363 | 9,800 | 8,722 | 33,454 | - | - | 92,159 |
| *Direct Disbursements for Operations - Past Due* | | | | | | | | | | | | | | | | | | |
| Sales Taxes - Settlement (Weekly) | Past Due (paying $1K per week) | 39,000 | 1,000 | - | - | - | - | - | - | 1,000 | 1,000 | - | - | - | - | - | - | 1,000 |
| **Direct Disbursements for Operations - Past Due** | | | - | 1,000 | - | - | - | - | - | 1,000 | - | 1,000 | - | - | - | - | - | 1,000 |

Preliminary Draft
For Discussion Purposes Only
Subject To Change
UNAUDITED

Parliament Partners, Inc.
122 Day Cash Flow Forecast
Prepared by FMG

7/26/2014 11:34 AM

**Parliament Partners, Inc.**
**FMG Prepared - Daily/Weekly Cash Flow Forecast**
For Week Ending

| | Status | $ Amt | Day 27 Monday 08/18/14 Forecast | Day 28 Tuesday 08/19/14 Forecast | Day 29 Wednesday 08/20/14 Forecast | Day 30 Thursday 08/21/14 Forecast | Day 31 Friday 08/22/14 Forecast | Day 32 Saturday 08/23/14 Forecast | Day 33 Sunday 08/24/14 Forecast | Week 4 Days 27-33 Subtotal WE 08/24/2014 Forecast | Day 34 Monday 08/25/14 Forecast | Day 35 Tuesday 08/26/14 Forecast | Day 36 Wednesday 08/27/14 Forecast | Day 37 Thursday 08/28/14 Forecast | Day 38 Friday 08/29/14 Forecast | Day 39 Saturday 08/30/14 Forecast | Day 40 Sunday 08/31/14 Forecast | Week 5 Days 34-40 Subtotal WE 08/31/14 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | | | $ 83,033 | $ 78,473 | $ 79,005 | $ 44,889 | $ 41,904 | $ 25,210 | $ 41,470 | $83,033 | $ 71,773 | $ 69,426 | $ 69,001 | $ 62,366 | $ 57,458 | $ 39,218 | $ 58,278 | $71,773 |
| **Cash Inflows/Receipts:** | | | | | | | | | | | | | | | | | | |
| Cash Receipts from prior day Hotel | Estimated Daily Cash Receipts | | 4,800 | 2,800 | 1,635 | 1,465 | 2,100 | 2,200 | 4,500 | 20,050 | 3,900 | 2,800 | 1,850 | 1,455 | 2,145 | 3,900 | 2,000 | 18,150 |
| Cash Receipts from prior day Bar | Estimated Daily Cash Receipts | | 15,700 | 3,700 | 7,000 | 3,000 | 10,400 | 13,000 | 24,000 | 76,800 | 18,600 | 3,200 | 8,000 | 3,000 | 9,000 | 15,000 | 32,000 | 89,800 |
| Cash Receipts from prior day Restaurant | Estimated Daily Cash Receipts | | 939 | 500 | 500 | 500 | 500 | 1,060 | 1,503 | 5,502 | 1,153 | 500 | 477 | 475 | 825 | 1,060 | 1,503 | 5,993 |
| Other Receipts | Misc Unknown | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash Inflows/Receipts | | | 21,439 | 7,000 | 9,395 | 4,965 | 13,020 | 16,260 | 30,303 | 102,352 | 23,653 | 6,500 | 10,327 | 4,930 | 11,970 | 20,060 | 36,503 | 113,943 |
| Total Cash Available | | | 100,473 | 85,473 | 88,390 | 49,864 | 54,924 | 41,470 | 71,773 | 190,363 | 95,426 | 75,926 | 79,328 | 67,296 | 69,166 | 65,278 | 94,781 | 185,416 |
| **Cash Outflows/Disbursements:** | | | | | | | | | | | | | | | | | | |
| Direct Disbursements for Operations - Current | | | | | | | | | | | | | | | | | | |
| Net Payroll (Weekly) | Current - Before Cuts | 20,500 | 20,500 | - | - | - | - | - | - | 20,500 | 20,500 | - | - | - | - | - | - | 20,500 |
| Net 1099 Labor (Weekly) | Current - Before Cuts | 15,000 | - | - | - | - | 15,000 | - | - | 15,000 | - | - | - | - | 16,500 | - | - | 16,500 |
| PR Taxes & Withholding (Weekly) | Current - Before Cuts | 8,000 | - | - | 8,226 | - | - | - | - | 8,226 | - | - | 8,000 | - | - | - | - | 8,000 |
| Liquor/Beverages (Weekly/Daily) | Current - COD | 15,000 | 10,000 | 3,668 | - | - | 654 | - | - | 14,322 | 10,000 | 4,125 | - | 1,000 | 650 | - | - | 15,775 |
| Food (Weekly/Daily) | Current - COD | 4,080 | - | - | - | 3,805 | 240 | - | - | 4,045 | - | - | - | 4,000 | - | - | - | 4,000 |
| Linen (Weekly) | Current - COD | 3,000 | - | - | - | 2,345 | - | - | - | 2,345 | - | - | - | 3,000 | - | - | - | 3,000 |
| Utilities - Electric (Monthly Avg - Last Wednesday Mth) | Current | 15,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Utilities - Gas (Monthly - 15th) | Current | 1,500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance (Monthly Premium Financing - Current) | Current | 13,650 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance (Workers Comp-PL Retail Fed) (Monthly) | Current | 6,200 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Waste/Trash (Monthly - End of Month) | Current | 4,000 | - | - | - | - | - | - | - | - | - | - | 4,000 | - | - | - | - | 4,000 |
| Sales Taxes - Current (20th of month) | Current | | - | - | 33,000 | - | - | - | - | 33,000 | - | - | - | - | - | - | - | - |
| International Resort Mgmt and JAS Management | Current | 3,700 | 3,700 | - | - | - | - | - | - | 3,700 | 3,700 | - | - | - | - | - | - | 3,700 |
| Advertising/Marketing (Monthly) | Current | 10,000 | 2,000 | - | - | - | - | - | - | 2,000 | 2,000 | - | - | - | - | - | - | 2,000 |
| Employee Benefits (Aetna Health Ins) (Monthly) | Current | 12,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Leases/Equip Rental (Toshiba, New Equipment Leasing, Toy... | Current | 3,160 | - | - | 475 | - | - | - | - | 475 | - | - | 3,160 | - | - | - | - | 3,160 |
| Telephone/Internet/Computer/Cable | Current | 4,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repairs, Maint., Services, Supplies, Misc. (Weekly) | Current - After Cuts | 9,000 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | - | - | 9,000 | 1,800 | 1,800 | 1,800 | 1,800 | 1,800 | - | - | 9,000 |
| Register Change | Weekend Change | | - | - | - | - | 12,000 | - | - | - | (12,000) | - | - | - | 12,000 | - | - | - |
| Credit Card Processing Fees (Monthly) | Current / Monthly | 7,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Entertainment travel, sound & lighting, etc | | | 5,000 | - | - | - | - | - | - | 5,000 | - | - | - | - | - | - | - | - |
| **Direct Disbursements for Operations - Current** | | | 31,000 | 5,468 | 43,501 | 7,950 | 29,694 | - | - | 117,613 | 26,000 | 5,925 | 16,960 | 9,800 | 30,950 | - | - | 89,635 |
| Direct Disbursements for Operations - Past Due | | | | | | | | | | | | | | | | | | |
| Sales Taxes - Settlement (Weekly) | Past Due (paying $1K per week) | 39,000 | - | 1,000 | - | - | - | - | - | 1,000 | - | 1,000 | - | - | - | - | - | 1,000 |
| Direct Disbursements for Operations - Past Due | | | - | 1,000 | - | - | - | - | - | 1,000 | - | 1,000 | - | - | - | - | - | 1,000 |

Preliminary Draft
For Discussion Purposes Only
Subject To Change
UNAUDITED

Parliament Partners, Inc.
122 Day Cash Flow Forecast
Prepared by FMG

7/25/2014 11:34 AM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                              CASE NO. 6:14-bk-08503-CCJ

PARLIAMENT PARTNERS, INC.,                          CHAPTER 11

Debtor.
_____/

INTERIM ORDER GRANTING DEBTOR'S
MOTION TO USE CASH COLLATERAL
AND NOTICE OF CONTINUED HEARING

[Continued Hearing: _____, 2014 at _____ a.m.]

THIS CASE came on for an emergency preliminary hearing on _____, 2014 (the "Hearing") upon the Emergency Motion to Use Cash Collateral filed by Parliament Partners, Inc. (the "Debtor"), on July 25, 2014 (Doc. No. __) (the "Motion"). The Motion seeks authority to use cash collateral and to provide adequate protection to Parliament Investors, LLC ("Investors"), BMO Harris Bank ("BMO Harris"), and, to the extent necessary, the holders of inferior position security interests in the Debtor's rents represented by William Leonard, as Chapter 7 Trustee for Asset Resolution, LLC, and Commercial Mortgage Managers, as servicer for the loans secured by the inferior security interests (the "Inferior Interests"; and collectively with Investors and BMO Harris, the "Secured Creditors"). Upon consideration of the Motion, the evidence presented, and the positions of the parties at the Hearing, it is

**ORDERED:**

1.  <u>Interim Authorization Granted</u>.  The Motion is granted on an interim basis as provided herein.

1

7. <u>Without Prejudice</u>. This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of cash collateral; or (b) any other right or remedy which may be available to the Secured Creditors.

8. <u>Creditors Committee</u>. The provisions of this Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly-appointed committee to challenge the validity, priority, or extent of any lien(s) asserted against cash collateral.

10. <u>Enforcement</u>. The Court shall retain jurisdiction to enforce the terms of this Order.

11. A further preliminary hearing on use of cash collateral will be held on _____, 2014, at _____ before the Honorable _____, George C. Young Federal Courthouse, 400 W. Washington St., Courtroom \_\_, Orlando, FL 32801.

**DONE and ORDERED on**

_____
**HONORABLE** _____
United States Bankruptcy Judge

3