UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:14-bk-8503-CCJ

PARLIAMENT PARTNERS, INC.,                      CHAPTER 11

　　　　Debtor.
_____/

### THIRD AMENDMENT TO DEBTOR'S SCHEDULE F - CREDITORS HOLDING NONPRIORITY UNSECURED CLAIMS AND SUMMARY OF SCHEDULES

**PARLIAMENT PARTNERS, INC.** ("Debtor"), files this Third Amendment to its Schedule F, Creditors Holding Nonpriority Unsecured Claims and Summary of Schedules, filed with the Court on August 18, 2014 (Doc No. 38 and 39, respectively), and states as follows:

1.　Schedule F, Creditors Holding Nonpriority Unsecured Claims, should be amended to add:

| Creditor's Name, Address | Date of Claim; Consideration | Disputed/ Contingent | Amount |
|---|---|---|---|
| Aramark Uniform Services c/o John Fulop, District Ops Mgr 2741 S Division Ave Orlando, FL  32805 | 07/2014 Uniform Contract | | $10,408.99 |

2.　The Amended Summary of Schedules is attached hereto as **Exhibit A**.

Under penalty of perjury, I certify that the foregoing is true and correct to the best of my knowledge, information, and belief.

**RESPECTFULLY SUBMITTED** this 3d day of December 2014.

　　　　　　　　　　　　　　　　　　　PARLIAMENT PARTNERS, INC.

　　　　　　　　　　　　　　　　　　　By: Donald Granatstein, President

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO. 6:14-bk-8503-CCJ

PARLIAMENT PARTNERS, INC.,                      CHAPTER 11

        Debtor.
_____/

## Certificate of Service

    **I HEREBY CERTIFY** that a true and correct copy **SECOND AMENDMENT TO DEBTOR'S SCHEDULE F - CREDITORS HOLDING NONPRIORITY UNSECURED CLAIMS AND SUMMARY OF SCHEDULES**, has been furnished by U.S. First Class, postage prepaid mail to; the U. S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801; this 3rd day of December 2014.

    The Notice of Chapter 11 Case Commencement and Notice of Meeting of Creditors, as shown on the attached matrix, has been served this date with a copy of the Chapter 11 Case Commencement and Notice of Meeting of Creditors (Doc No. 13) on Aramark Uniform Services, c/o John Fulop, , District Ops Mgr, 2741 S Division Ave, Orlando, FL   32805.

/s/ R.Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@lseblaw.com
bknotice@lseblaw.com
John B. Dorris
Florida Bar No. 0093744
Jdorris@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Ave, Suite 1400
P.O. Box 3353   (32802-3353)
Orlando, Florida   32801
Tel: 407-481-5800
Fax: 407-481-5801
Attorneys for Debtor

B 6 Summary (Official Form 6 - Summary) (12/13)

EXHIBIT A

# United States Bankruptcy Court
## Middle District of Florida

In re  Parliament Partners, Inc.
                                    Debtor

Case No. 6:14-bk-8503-CCJ

Chapter 11

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 3,696,785.00 | | |
| B - Personal Property | Yes | 4 | 1,777,074.44 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 11,825,806.97 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 40,713.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 599,728.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 5,473,859.44 | | |
| Total Liabilities | | | | 12,466,249.53 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**EXHIBIT A**

# United States Bankruptcy Court
## Middle District of Florida

In re    Parliament Partners, Inc.
                                    Debtor

Case No.  6:14-bk-8503-CCJ

Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |